IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HERO K12, LLC, a Florida Limited
Liability Company                                                                          PLAINTIFF

v.                                    CASE NO. 5:17-CV-3097

HUGHES TECHNOLOGY, LLC, an Arkansas
Limited Liability Company d/b/a HERO EDUCATION;
HUGHES EDUCATION, an Unknown Business Entity;
HEATH HUGHES; HARVEY HUGHES                                                   DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is a Motion to Dismiss Case With Prejudice (Doc. 41) filed by Plaintiff HERO K12, LLC. In it Plaintiff states that the parties have settled the matter, and that it wishes to dismiss the case with prejudice, with each party to bear its own fees and costs.

**IT APPEARING** to the Court that the motion is well taken, it is **ORDERED** that the Plaintiff's Motion is **GRANTED**. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 11th day of April, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE